RYAN ROTH
ATTORNEY AT LAW
State Bar No. 291844
1120 14th St, Suite 5
Modesto, CA 95354
(209)557-2592/ (209)579-2211 Fax

Attorney for Defendant
RAJU TOOR

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:14-cr-00163-LJO-SKO |
| Plaintiff, ) | |
| vs. ) | |
| ) | STIPULATION AND ORDER TO VACATE |
| ) | STATUS CONFERENCE DATE |
| SURJIT TOOR, et al., ) | Date: November 16, 2015 |
| Defendants. ) | Time: 1:00 p.m. |
| ) | Courtroom: 7 |

　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney Grant Rabenn , Ryan Roth, Counsel for Defendant Raju Toor and Attorney Preciliano Martinez, Counsel for Co-defendant Surjit Toor, that the status conference scheduled for November 16, 2015, at 1:00 p.m. be vacated and the trial date of 3/15/2016, be confirmed.   Mr. Roth and Mr. Martinez are currently involved in a multi-defendant murder preliminary examination in Stanislaus County (People vs. Frank Carson, et al., Case 1490969).  This preliminary examination is estimated to continue into 2016.

　　　The court is advised that counsel have conferred about this request, that they have agreed to vacate the status conference scheduled for November 16, 2015, and an entry of plea date will be requested if and when an agreement is reached prior to the date set for trial.

1

The parties agree and stipulate that time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for sentencing up to and including March 15, 2016. Exclusion of time is requested for defense preparation, investigation and plea negotiations.

Respectfully Submitted,

Dated:  November 10, 2015        /s/ Ryan Roth
                                 Ryan Roth
                                 Attorney for Defendant
                                 Raju Toor

Dated: November 10, 2015         /s/ Preciliano Martinez
                                 Preciliano Martinez
                                 Attorney for Defendant
                                 Surjit Toor

Dated: November 10, 2015         /s/ Grant Rabenn
                                 Grant Rabenn
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

## **ORDER**

Having considered the foregoing stipulation, IT IS THE ORDER of the Court that the current November 16, 2015, status conference date is hereby vacated.

IT IS SO ORDERED.

Dated:   **November 10, 2015**              /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE