PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
1120 14th St, Suite 5
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax
attymartinezp@yahoo.com

Attorney for Defendant
Surjit Toor

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>vs.<br><br>SURJIT TOOR,<br>　　　　Defendant. | CASE NO. CASE NO.<br>1:14-cr-000163-LJO-SKO<br><br>**AMENDED** STIPULATION AND ORDER TO MODIFY TERM OF PRETRIAL SUPERVISION FOR TRAVEL |

　　　At this time Mr. Toor is requesting through his attorney Mr. Preciliano Martinez that his Pretrial release conditions be modified that he may go to Canada to visit his sick uncle, flight arrangements: May 5, 2016 leaving San Francisco at 6:15 am Flight Air Canada #561 and returning May 8, 2016 leaving Vancouver 6:15 am Air Canada #560 arriving San Francisco 8:45 am. Defendant respectfully requests that the Court allow him to temporarily travel to the Canada.

　　　Defendant was ordered released by Honorable Judge Gary S. Austin on September 15, 2014, pursuant to the "Bail Reform Act of 1984" and Conditions of Release.

Mr. Jacob Scott of Pretrial Services has indicated he has no objections to this travel request. Assistant United States Attorney Mr. Grant Rabenn has been advised of this travel request and has no objection to the travel request.

Dated: April 29, 2016 /s/ Preciliano Martinez
Preciliano Martinez
Attorney for Defendant
Surjit Toor

Dated: April 29, 2016 /s/ Grant Rabenn
Grant Rabenn
Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED that Defendant Mr. Surjit Toor is temporarily permitted to travel to the Canada area commencing on May 5, 2016, and returning on May 8, 2016.

IT IS FURTHER ORDERED that the Clerk of the U.S. District return Mr. Surjit Toor's US Passport No. 221997542 temporarily until May 8, 2016 when it will be return in to the Clerk of the U.S. District.

IT IS FURTHER ORDERED that Pretrial Services temporarily suspend any conditions of his pretrial release which cannot reasonably be complied with during his absence.

IT IS FURTHER ORDERED that Defendant Mr. Surjit Toor, return forthwith to the Eastern District of California on May 8, 2016 and report to Pretrial Services immediately upon his return for imposition of any temporarily suspended conditions of his pretrial release.

IT IS SO ORDERED.

Dated:   **April 29, 2016**

UNITED STATES MAGISTRATE JUDGE