UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Dale A. Drozd　　　　　　RE:　**Surjit Toor**
United States District Judge　　　　　　　**Docket Number: 0972 1:14CR00163-001**
Fresno, California　　　　　　　　　　　**PERMISSION TO TRAVEL**
　　　　　　　　　　　　　　　　　　　　**OUTSIDE THE COUNTRY**

Your Honor:

Surjit Toor is requesting permission to travel to Canada. Surjit Toor is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On May 16, 2016, Surjit Toor was sentenced for the offense of 18 USC 1349, Conspiracy to Commit Mail Fraud (Class C Felony).

**Sentence Imposed:** 30 months Probation; $100 Special assessment (Paid); $46,978.08 Restitution (Paid); Special Condition: 1) Search; 2) Financial disclosure; 3) and Location Monitoring (Completed)

**Dates and Mode of Travel:** The probationer will be traveling by air, departing on September 16, 2017, and returning on September 18, 2017.

**Purpose:** To attend cousin's funeral in Canada, being held on September 17, 2017.

**RE:  Surjit Toor
Docket Number:  0972 1:14CR00163-001
<u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

Respectfully submitted,

/s/ Rick Tarazon

Rick Tarazon
Sr. United States Probation Officer

Dated:  September 14, 2017
  Fresno, California
  TDM/rmv

**REVIEWED BY:**    /s/ Tim Mechem
  **Tim D. Mechem
  Supervising United States Probation Officer**

---

## ORDER OF THE COURT

**The Court orders:**

☒ Approved  ☐ Disapproved

IT IS SO ORDERED.

Dated:  **September 14, 2017**               *Dale A. Drozd*
                              UNITED STATES DISTRICT JUDGE