| | |
|---|---|
| 1 | **PRECILIANO MARTINEZ** |
| 2 | **ATTORNEY AT LAW** |
|   | State Bar No. 93253 |
| 3 | 1120 14th Street, Suite 5 |
|   | Modesto, California 95354 |
| 4 | PHONE: (209) 579-2206 |
|   | FAX: (209) 579-2211 |
| 5 | EMAIL: attymartinezp@yahoo.com |

ATTORNEY FOR Defendant,
SURJIT TOOR

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:14CR00163-001 |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO TERMINATE PROBATION** |
| SURJIT TOOR, | |
| Defendant. | |

**TO:** **THE HONORABLE JUDGE DALE A DROZD**

The United States of America, by and through its representative, Grant Rabenn and the Defendant, Surjit Toor, by and through his attorney of record, Preciliano Martinez hereby stipulate that the Defendant's probation of 36 months issued on May 16, 2016, be terminated forthwith in that the Defendant, Surjit Toor, has completed eight months of location monitoring, has paid all fines and restitution ordered by the court, and has complied with all the terms of his probation for a period of 31 months. Probation Officer Adrian Garcia is in agreement with the Defendant's early termination of probation.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: January 10, 2019    By: */s/Preciliano Martinez*
                               PRECILIANO MARTINEZ
                               Attorney for Defendant SURJIT TOOR

---

1

DATED: January 10, 2019   By: */s/Grant Rabenn*
GRANT RABENN
Assistant United States Attorney

## ORDER

Upon good cause the probationary period of Defendant, Surjit Toor is hereby Terminated forthwith.

IT IS SO ORDERED.

Dated:   **January 14, 2019**   _____
Dale A. Drozd
UNITED STATES DISTRICT JUDGE